■ In the Matter of BELLA VISTA APARTMENT Co. et al., Respondents, v ROGER H. BENNETT et al., Appellants. [635 NYS2d 542] —Appeal from a judgment of the Supreme Court, Queens County (Posner, J.), dated July 24, 1992.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Posner at the Supreme Court (see, *Bella Vista Apt. Co. v Bennett,* 154 Misc 2d 579). Bracken, J. P., Miller, Ritter and Goldstein, JJ., concur.